ADAMS, J.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IZALENE MENTON, ) | CASE NO. 4:10CV2618 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE JOHN R. ADAMS |
| v. ) | |
| ) | <u>ORDER OF DISMISSAL</u> |
| ANTHEM LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

The Court has been advised by lead counsel of record for defendant that the above-entitled action has been settled. Accordingly,

The docket will be marked "settled and dismissed without prejudice."

Within thirty (30) days, the parties may submit a proposed Judgment Entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissing the case with prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

| | |
|---|---|
|  January 3, 2011 |  */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |